IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRAVIS BALL,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| v. | : | Case No. 5:21-cr-65-CAR-CHW-1 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER

In December 2022, the Court entered judgment against Defendant Travis Ball based on his plea of guilty to the charge of making threats against the president in violation of 18 U.S.C. § 871(a). (Doc. 73). Ball previously filed two motions of acquittal, which were denied, in which he challenged the evidence in his case and suggested he was not guilty despite entering a guilty plea. (Docs. 79, 80, 85, 88, 92, 93). He has now made similar arguments in four motions: two motions to dismiss (Docs. 99, 100), a motion to seal (Doc. 101), and a motion for unconditional discharge. (Doc. 102). For the reasons previously explained, Ball has not identified any cognizable legal basis for the relief that he seeks. The motions (Docs. 99-102) are without merit and are **DENIED**.

**SO ORDERED**, this 8th day of April, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1