**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| TRAVIS BALL, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:21-CR-65-CAR-CHW-1 |
| | : | Case No. 5:25-CV-269-CAR-CHW |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceeding Under 28 U.S.C. § 2255 |
| | : | |
| Respondent. | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION OF THE UNITED STATES**
**MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation to grant

the Government's Motion to Dismiss Petitioner Travis Ball's Motion to Vacate, Set Aside,

or Correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner has not objected to the

Recommendation, and the time in which to do so has expired. Having considered the

Recommendation, the Court agrees with the findings and conclusions of the United States

Magistrate Judge. The Report and Recommendation [Doc. 118] is hereby **ADOPTED** and

**MADE THE ORDER OF THE COURT**. As set forth in the Report and Recommendation,

because Petitioner's Section 2255 Motion is untimely, and no tolling provisions apply to

his case, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 112],

**DISMISSES AS MOOT** Petitioner's "Motion for the Courts Report and

1

Recommendation to 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Quash Sentence" [Doc. 117], and **DISMISSES** Petitioner's § 2255 Motion to Vacate [Doc. 111]. Petitioner's "Motion for the Court to Make Decision to Grant the 2255 Motion to Vacate, Set Aside or Correct Sentence" [Doc. 120] is **DENIED**. Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 23rd day of April, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT