**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TRAVIS LEROY BALL,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 5:21-CR-65-CAR-CHW-1** |
| | : | **Case No. 5:25-CV-269-CAR-CHW** |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **Proceeding Under 28 U.S.C. § 2255** |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

## <u>ORDER ON RECOMMENDATION OF THE UNITED STATES</u><br><u>MAGISTRATE JUDGE</u>

Before the Court is the United States Magistrate Judge's Recommendation to dismiss Petitioner Travis Leroy Ball's supplemental Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 126] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** Petitioner's supplemental motion to vacate [Doc. 124]. Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 27th day of May, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT